**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Juan Antonio IRUEGAS, JR.,**
**Defendant–Appellant.**

**No. 07–10779.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2008.

Jordan Andrew Konig, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Gary Ray Warren, Garland, TX, for Defendant–Appellant.

Before KING, BARKSDALE, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Juan Antonio Iruegas, Jr.,

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Iruegas has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under